# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 3:12-cv-03160-RM-BGC |
| | ) |
| v. | ) |
| | ) |
| JOHN DOES 1-13, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDIC OF JOHN DOES 1, 2, 3, 4, 6, 7, 9, 10, 11 AND 12 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 2, 3, 4, 6, 7, 8, 9, 10, 11 and 12 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 24.15.221.232, 67.162.66.84, 67.173.32.184, 67.176.193.189, 98.212.23.245, 98.212.240.67, 98.215.58.28, 98.228.134.51, 50.40.151.130 and 50.44.70.191, respectively. Plaintiff has received the identifying information for many Defendants and will further investigate the information received by the internet service provider. Plaintiff will re-file against Defendants if deems necessary.  For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  October 12, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*