UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 3:12-cv-03160-RM-BGC |
| | ) |
| v. | ) |
| | ) |
| JOHN DOES 1-13, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANTS WITH A SUMMONS AND COMPLAINT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within Plaintiff has to serve Defendants with a Summons and Complaint, and states:

1. This is a copyright infringement case against thirteen (13) John Doe Defendants known to Plaintiff only by an IP address. The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

2. On or about July 3, 2012, Plaintiff served each of the ISPs with a third party subpoena demanding that they provide the identifying information for the Doe Defendants. The response due date for these subpoenas was August 16, 2012.

3. Plaintiff has recently received the identities for all of the Defendants and is currently in the process of amending its Complaint to name and serve John Does 5 and 13.

4. Pursuant to this Rule 4(m), Plaintiff has until today, October 12, 2012, to effectuate service of the summons and Complaint upon each Defendant.

5. Procedurally, Plaintiff respectfully requests that the time within it must effectuate service of a summons and Complaint on the Defendant be extended an additional thirty (30)

days, or until November 12, 2012. This is Plaintiff's first request for an extension of time to serve Defendants.

WHEREFORE, Plaintiff respectfully requests that the time within it must serve the Defendants with a summons and Complaint be extended until November 12, 2012.  A proposed order is attached for the Court's convenience.

Dated:  October 12, 2012

              Respectfully submitted,

              NICOLETTI & ASSOCIATES, PLLC

By: */s/ Paul J. Nicoletti*
   Paul J. Nicoletti, Esq. (P44419)
   36880 Woodward Ave, Suite 100
   Bloomfield Hills, MI 48304
   Tel:  (248) 203-7800
   Fax:  (248) 203-7801
   E-Fax: (248) 928-7051
   Email:  paul@nicoletti-associates.com
   *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Paul J. Nicoletti*