**E-FILED**
Thursday, 18 October, 2012  10:30:22 AM
Clerk, U.S. District Court, ILCD

**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77     **Title**   X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 5 | 71.193.112.209 | 4/12/2012 3:42 | Peoria | IL | Comcast Cable | BitTorrent |
| 13 | 173.17.138.86 | 5/14/2012 16:01 | Jacksonville | IL | Mediacom Communications Corp | BitTorrent |

EXHIBIT A

CIL1