IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>DEANETTE SCHWANKE, )<br>)<br>Defendant. ) | No.  12-CV-3160 |

## ORDER OF DEFAULT

**BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:**

This cause coming on to be heard before the Court upon Plaintiff's Motion for Entry of Default (d/e 16) of Defendant Deanette Schwanke.   The Court, being fully advised in the premises, finds that Defendant Deanette Schwanke has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant Deanette Schwanke for her failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiff makes application to the District Court for the entry of a default judgment against Defendant Deanette Schwanke.

ENTERED this 15th day of February, 2013.

_____*s/ Byron G. Cudmore*_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE